

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Jamshid Banakar v. Ulrike Krause

Appellate case number:   01-21-00609-CV

Trial court case number: 2016-88890

Trial court:             308th District Court of Harris County

On March 17, 2022, this Court granted appellee/cross-appellant Ulrike Krause's Motion for Supplemental Clerk's Records. On April 14, 2022, appellee/cross-appellant filed an Agreed Second Motion for Supplemental Clerk's Records, asserting two previously-requested items had yet to be filed, and requesting two additional items.

The motion is **granted**. To the extent the clerk's record does not already contain them, we order the trial court clerk to file within **fifteen** days of the date of this order a supplemental clerk's record containing the following items:

- Order in Suit to Modify Parent-Child Relationship (signed August 31, 2021);

- Income Withholding for Support (signed August 31, 2021);

- Child Support Review Order (signed October 11, 2018); and

- Agreed Final Decree of Divorce (signed March 22, 2017).

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually


Date:  April 21, 2022